**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **NO. CR 09-02173-FRZ-BPV** |
| **Plaintiff(s),** ) | |
| ) | **ORDER** |
| **vs.** ) | |
| ) | |
| **Calvin Andrew Ashworth,** ) | |
| **Defendant(s).** ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Unlawful Vehicle Stop - Lack of Reasonable Suspicion [12].

On January 5, 2010, Magistrate Judge Bernardo P. Velasco conducted a hearing and on April 29, 2010 issued his Report and Recommendation [29]. A copy was sent to all parties. An Objection to Magistrate's Report and Recommendation was filed by the Government on May 13, 2010 [30] and on May 18, 2010, Defendant filed his Response to the Government's Objections to the Magistrate's Report and Recommendation [31].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

1  IT IS ORDERED that Defendant's Motion to Suppress [12] is GRANTED.

2  DATED this 15th day of June, 2010.

3

4  _____
   FRANK R. ZAPATA
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28